BEFORE JUDGE WATSON, MARCH 14, 1968

**No. R68/20.**—Mantell Export Co. *v.* United States, reappraisements R65/11140, etc. (New York).

In accordance with stipulation of counsel that the issues and merchandise involved herein are the same in all material respects as those in *Mantell Export Company* v. *United States* (58 Cust. Ct. 662, R.D. 11290), the court found and held that export value, as that value is defined in section 402(b), Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, was the proper basis for the determination of the value of the unlacquered second-quality wooden coat hangers and that such value in each case was $99 per thousand, less the pro rata share of the items of ocean freight and marine insurance as invoiced.

BEFORE CHIEF JUDGE RAO, MARCH 28, 1968

**No. R68/21.**—Lollytogs, Ltd. *v.* United States, reappraisements R64/22547, etc. (New York).

In accordance with stipulation of counsel that the merchandise and issues involved herein are the same in all material respects as those in *Lollytogs, Ltd.* v. *United States* (55 Cust. Ct. 608, Reap. Dec. 11073), the court found and held that export value, as that value is defined in section 402(b), Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, is the proper basis for the determination of the value of the merchandise (children's wearing apparel) and that such value is the appraised unit value, net packed, less the commission of Swedish Trading Co., Ltd., of Hong Kong as indicated on the invoices.